Form 14x15

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.:   08–26485 NVA    Chapter:   7

Fred Waters Allnutt
Debtor(s)

## NOTICE OF POSSIBLE DISMISSAL OF CASE

**WARNING** – The Trustee in your case has notified the Court that the debtor has not provided:

A copy of the Federal income tax return to the trustee pursuant to § 521(e)(2)(A) of Title 11 U.S.C.

Accordingly, you have **14** days from the date of this notice to respond before the Court makes a decision on the dismissal of this case.

**Do not file copies of payment advices or Federal income tax returns with the Court. Payment advices and tax returns are to be provided to the trustee.**

Dated: 3/12/10

                  Mark D. Sammons, Clerk of Court
                  by Deputy Clerk, C Sofinowski410–962–4277

cc:   Debtor(s)
   Attorney for Debtor(s) – PRO SE
   Chapter 7 Trustee – Michael G Rinn
   U.S. Trustee
   All Creditors

# CERTIFICATE OF NOTICE

```
District/off: 0416-1          User: csofinows              Page 1 of 1                   Date Rcvd: Mar 12, 2010
Case: 08-26485                Form ID: 14x15               Total Noticed: 7
```

The following entities were noticed by first class mail on Mar 14, 2010.
```
db          +Fred Waters Allnutt,   10370 Baltimore National Pike,   Ellicott City, MD 21042-2190
24926309     Chase Card Services,   Account Inquires,   P.O. Box 15298,   Wilmington, Deleware 19850-5298
24926310    +Comptroller of the Treasury,   Compliance Division, Room 409,   301 W. Preston Street,
              Baltimore, MD 21201-2305
24926308    +Internal Revenue Service,   Suite 1300,   31 Hopkins Plaza,   Baltimore, Maryland 21201-2828
24926307    +Marsden S. Furlow,   P.O. Box 829,   Arnold, Maryland 21012-0829
24926311    +Office of Law,   Howard County, Maryland,   3430 Courthouse Drive,   Ellicott City, MD 21043-4300
24926312    +State of Maryland DLLR,   Division of Unemployment Insurance,   1100 N. Eutaw Street, Room 401,
              Baltimore, MD 21201-2201
```

The following entities were noticed by electronic transmission.
NONE.                                                                                                 TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 14, 2010**                    **Signature:**     _Joseph Speetjens_