Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of Maryland

Baltimore Division
101 West Lombard Street, Ste. 8530
Baltimore, MD 21201

---

Bankruptcy Proceeding No.:  08−26485
Judge:   Nancy V. Alquist

In Re:     Fred Waters Allnutt
           Debtor(s)

---

PLEASE TAKE NOTICE that a hearing will be held

at 101 W. Lombard Street, Courtroom 2−A, Baltimore, MD 21201

on 5/26/10 at 02:00 PM

to consider and act upon the following:

12 − The Trustee hereby reports that the Debtor(s) has/have not complied with all filing requirements under 11 U.S.C. Sec. 521(e)(2)(A) by failing to provide the Trustee with tax returns. Filed by Michael G Rinn.

14 − Debtor's Objection To Court's Notice of Possible Dismissal Of Case on behalf of Fred Waters Allnutt Filed by Fred Waters Allnutt (related document(s)[12] Trustee's Report of Debtor(s) Non−Compliance with Section 521 filed by Trustee Michael G Rinn).

---

**NOTICE TO MOVING PARTY**

**A service list or certificate of service regarding parties noticed by the court may be obtained through CM/ECF or PACER. If you believe that a party entitled to notice is not listed, please provide notice to that party forthwith and file an appropriate certification with the Clerk's office.**

---

Dated: 3/25/10

Mark D. Sammons, Clerk of Court
by Deputy Clerk, Y Oliver410−962−4424

# CERTIFICATE OF NOTICE

```
District/off: 0416-1          User: yoliver              Page 1 of 1              Date Rcvd: Mar 25, 2010
Case: 08-26485                Form ID: ntchrgb2          Total Noticed: 4

The following entities were noticed by first class mail on Mar 27, 2010.
db          +Fred Waters Allnutt,   10370 Baltimore National Pike,   Ellicott City, MD 21042-2190
             Chase Card Services,   Account Inquires,   PO box 15298,   Wilmington, DE 19850-5298
            +Internal Revenue Service,   31 Hopkins Plaza Ste. 1300,   Baltimore, MD 21201-2828
            +Marsden S. Furlow,   PO Box 829,   Arnold, MD 21012-0829
The following entities were noticed by electronic transmission.
NONE.                                                                                             TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 27, 2010**                              **Signature:**    _Joseph Speetjens_