**DENIED**
**THIS OBJECTION IS OVERRULED FOR FAILURE TO STATE A VALID OBJECTION.**



_____
NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | | |
|---|---|---|
| *In re:* | * | Chapter 7 |
| Fred Waters Allnutt | * | Case No. 08-26485 |
| Debtor. | * | |

* * * * * * * * * * * *

### DEBTOR'S OBJECTION TO COURT's NOTICE OF POSSIBLE DISMISSAL OF CASE

**Comes now** Fred Allnutt, Debtor, and files this Debtor's Objection To Court's Notice Of Possible Dismissal Of Case, and for this states as follows:

**History**

1. On December 12, 2008, Debtor filed a petition commencing this case (Dkt. # 1).

2. On December 12, 2008, this court filed a "Notice of Chapter 7 Bankruptcy Case Meeting of Creditors & Deadlines" setting a "Meeting of Creditors" date of January 13, 2009, and a "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" date of March 16, 2009 (Dkt. # 6).

3. On January 13, 2009, Debtor attended the scheduled Meeting of Creditors which was continued because Debtor did not have available a second form of identification required by the Chapter 7 trustee.

4. On February 6, 2009, as directed by Chapter 7 trustee, Debtor filed a Consent Motion To Extend Deadline To File Complaints Objecting To Discharge And Exemptions (Dkt. # 9).

5. On February 12, 2009, this court issued an order granting Debtor's Consent Motion and setting May 15, 2009, as the last day to oppose discharge – the court's actually words, "Last day to oppose discharge is 5/15/09" (Dkt. # 10)

6. On March 11, 2009, the 341(a) the first meeting of creditors was held (Dkt. #___).