

NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:  Case No.: 08−26485 − NVA  Chapter: 7

Fred Waters Allnutt
10370 Baltimore National Pike
Ellicott City, MD 21042

## ORDER DISMISSING CASE FOR FAILURE
## TO PROVIDE REQUIRED TAX DOCUMENTS
## AND/OR PAY ADVICES AND NOTICE THAT
## AUTOMATIC STAY IS TERMINATED
### [For Individual Debtor(s)]

By notice of the Court dated March 12, 2010, the Debtor(s) was/were notified to provide to the trustee,

☐  A copy of the payment advices to the trustee pursuant to § 521(a)(1)(B)(iv) of Title 11 U.S.C. and Administrative Order 05−04,

☑  A copy of the Federal income tax return to the trustee pursuant to § 521(e)(2)(A) of Title 11 U.S.C.

The Debtor(s) has/have failed to comply with the said instructions of the Court, it is, therefore, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the above−captioned case is dismissed; and

ALL PARTIES ARE HEREBY NOTIFIED, that the automatic stay imposed by 11 U.S.C. § 362(a) is terminated.

cc:  Debtor(s)
   Attorney for Debtor(s) – PRO SE
   Chapter 7 Trustee – Michael G Rinn

15.5 – *csofinowski*

**End of Order**