ORIGINAL

UNITED STATES BANKRUPTCY COURT
BALTIMORE DIVISION
BALTIMORE, MARYLAND

| | | |
|---|---|---|
| IN RE: | * | |
| | * | Chapter 7 |
| Fred Waters Allnutt | * | Case No. 08-26485 |
| Debtor. | * | |

* * * * * * * * * * * * * * *

**NOTICE OF ERROR IN RECORD AND**
**REQUEST FOR THE RECORD TO BE CORRECTED**

**Comes now** Fred Allnutt, Debtor, and files this Notice Of Error In Record And Request For The Record To Be Corrected, and for this states as follows:

1. Allegedly, on March 12, 2010, the "Trustee Michael G. Rinn filed a "report[1]" stating that Debtor had not complied with all filing requirement under 11 U.S.C. Sec. 521(e)(2)(A) (Dkt. # 12). The "Docket Text" for Docket 12, states:

> The Trustee hereby reports that the Debtor(s) has/have not complied with all filing requirements under 11 U.S.C. Sec. 521(e) (2)(A) by failing to provide the Trustee with tax returns. <u>Filed by Michael G Rinn</u>. (Rinn, Michael) (Entered: 03/12/2010) (underline added)

2. Also, on March 12, 2010, this court issued a "Notice Of Possible Dismissal Of Case," which is the actual document found under Docket # 12.

3. On March 25, 2010, this court issued its "Notice of Hearing (related document(s) <u>12</u> Trustee's Report of Debtor(s) Non-Compliance with Section 521 filed by Trustee, Michael G Rinn, <u>14</u> Objection filed by Debtor Fred Waters Allnutt). Hearing scheduled for 5/26/2010 at 02:00 PM at Courtroom 2-A, Baltimore - Judge Alquist. (Oliver, Y) (Entered: 03/25/2010)." (Dkt # 15).

---

[1] The "report" the Docket states was "Filed by Michael G. Rinn" is not found under Docket # 12 What is found under Docket # 12 is this court's "Notice of Possible Dismissal of Case." Docket # 13 states in pertinent part, (...related document(s) "<u>12</u> Trustee's Report of Debtor(s) Non-Compliance with Section 521 filed by Trustee Michael G Rinn)." However, that "Trustee's Report" is not found in the court record under Dkt. # 12, or under any other Docket number.

4. Moreover, Debtor has not received a "Service Copy" of Trustee Michael G. Rinn's "Trustee's Report."

Wherefore, Debtor moves this court to issue an Order ordering the following:

a) That Trustee Michael G. Rinn provide Debtor with a "Service Copy" of his filed "Trustee's Report" immediately upon receipt of the court's order.

b) That Trustee Michael G. Rinn's filed "Trustee's Report" be placed under Docket # 12.

c) That the court's "Notice of Possible Dismissal of Case" be assigned a new Docket number.

d) That the time frame for Debtor to file an objecting to Trustee Michael G. Rinn's "Trustee's Report" start on the day following Debtor's receipt of the "Trustee's Report."

Respectfully submitted,

_____
Fred W. Allnutt
10370 Baltimore National Pike
Ellicott City, Maryland  21042
410-984-6476

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of April 2010, I served copies of this document by first class mail on Michael B. Rinn, Chapter 7 trustee. Suite 4, 111 Warren Road, Cockeysville, Maryland, 21030; Marsden S. Furlow, P.O. Box 829, Arnold, Maryland 21012; Internal Revenue Service, Suite 1300, 31 Hopkins Plaza, Baltimore, Maryland 21201; and, Chase Card Services, Account Inquires, P.O. box 15298, Wilmington, Delaware 19850-5298.

_____
Fred Allnutt