UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | | |
|---|---|---|
| *In re:* | * | Chapter 7 |
| Fred Waters Allnutt | * | Case No. 08-26485 |
| Debtor. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## DEBTOR'S RESPONSE TO COURT's
## NOTICE OF POSSIBLE DISMISSAL OF CASE

**Comes now** Fred Allnutt, Debtor, and files this Debtor's Response To Court's Notice Of Possible Dismissal Of Case, and for this states as follows:

### Affirmative Defense

1.  Debtor asserts as an Affirmative Defense to the "report/motion/complaint," allegedly filed by Trustee Michael G. Rinn on March 12, 2010, the untimeliness of that filing because it was filed outside the time limit set forth in Rule 4004(a) and outside of the time frame for filing a "report/motion/complaint" for dismissal set forth in this court's February 12, 2009, Order.

### Comments

2.  The Federal Rules of Bankruptcy Procedure set a short deadline for the filing of "reports/motions/complaints" by a party in interest objecting to a debtor's discharge in bankruptcy. *Fed. R. Bankr. P. 4004(a)*.

3.  In a case under Chapter 7, *Fed. R. Bankr. P. 4004(a)* sets the sixtieth day after the first date set for the meeting of creditors under *11 U.S.C.S. § 341(a)* as the deadline to file a "report/motion/complaint" objecting to discharge. The bankruptcy court may extend that deadline for cause, <u>but only on motion by a party in interest filed before the deadline has expired</u>. *Fed. R. Bankr. P. 4004(b)*.

FILED

APR 15 2010

Debtor's Response To Court's Notice Of Possible Dismissal Of Case - Page 1of 3

CLERK'S OFFICE
U.S. BANKRUPTCY COURT
DISTRICT OF MARYLAND
BALTIMORE

4.   The bankruptcy court cannot extend the deadline if the "report/motion/complaint" is filed after the deadline set out in Federal Rules of Bankruptcy Procedure Rule 4004. *Fed. R. Bankr. P. 9006(b)(3).*

5.   Federal Rules of Bankruptcy Procedure Rules 4004 and 9006 inform all parties in interest, which includes Trustee Michael G. Rinn, of the time within which they are required to file a "report/motion/complaint" for dismissal in Debtor's Bankruptcy Case.

6.   Being a chapter 7 Trustee, Trustee Michael G. Rinn is aware of the Bankruptcy Law/Code/Procedures/Matters/Processes, etc.

7.   Even if Trustee Michael G. Rinn is not aware of the implicit time frames set out in Federal Rules of Bankruptcy Procedures Rules 4004 and 9006, he had ample notice of the last date for filing a "report/motion/complaint" for dismissal in Debtor's Bankruptcy Case through this court's February 12, 2009, Order.

8.   Trustee Rinn's "report/motion/complaint" has not been provided to Debtor by Trustee Michael G. Rinn, nor is it available in the court record (See: Debtor's "Notice Of Error In Record And Request For The Record To Be Corrected," filed prior to this "Response.")

9.   Upon receipt of a "Service Copy" of Trustee Rinn's "report/motion/complaint," Debtor will file a "Valid Objection" to that presently unseen document.

10.   There are no motions to delay Debtor's discharge, no motions/complaints objecting to Debtor's discharge, no motions/complaints to extend the time to object to Debtor's discharge, no motions/complaints to exempt certain debts of Debtor from discharge, and no motions/complaints to dismiss Debtor's Bankruptcy Case pending in Debtor's Bankruptcy Case. Likewise, there are no motions/complaints alleging that Debtor acted in bad faith or abused the Bankruptcy processes pending in Debtor's Bankruptcy Case.

Respectfully Submitted,

*Fred W. Allnutt*
Fred W. Allnutt
10370 Baltimore National Pike
Ellicott City, Maryland  21042    (410-984-6476)

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of April 2010, I served copies of this document by first class mail on Michael B. Rinn, Suite 4, 111 Warren Road, Cockeysville, Maryland, 21030; Marsden S. Furlow, P.O. Box 829, Arnold, Maryland 21012; Internal Revenue Service, Suite 1300, 31 Hopkins Plaza, Baltimore, Maryland 21201; and, Chase Card Services, Account Inquires, P.O. box 15298, Wilmington, Delaware 19850-5298.

*Fred W. Allnutt*
Fred W. Allnutt