ORIGINAL

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | | |
|---|---|---|
| *In re:* | * | Chapter 7 |
| Fred Waters Allnutt | * | Case No. 08-26485 |
| Debtor. | * | |

* * * * * * * * * * * * * * *

## MOTION FOR COURT TO ISSUE A FINDING OF FACTS AND CONCLUSIONS OF LAW TO SUPPORT ITS DISMISSAL OF DEBTOR'S BANKRUPTCY CASE

**Comes now** Fred Allnutt, Debtor, and files this Motion For Court To Issue A Finding Of Facts And Conclusions Of Law To Support Its Dismissal Of Debtor's Bankruptcy Case, and for this states the following:

Debtor specifically requests that this court issue a finding of facts and conclusions of law so all parties, and any appellate court, will have a clear statement of the facts and law that this court used to support its Discharge of Debtor's Bankruptcy Case.

Respectfully Submitted,

FILED
APR 1 6 2010
CLERK'S OFFICE
U.S. BANKRUPTCY COURT
DISTRICT OF MARYLAND
BALTIMORE

_____
Fred W. Allnutt
10370 Baltimore National Pike
Ellicott City, Maryland  21042
(410-984-6476)

### CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of April 2010, I served copies of this document by first class mail on Micheal B. Rinn, Suite 4, 111 Warren Road, Cockeysville, Maryland, 21030; Marsden S. Furlow, P.O. Box 829, Arnold, Maryland 21012; Internal Revenue Service, Suite 1300, 31 Hopkins Plaza, Baltimore, Maryland 21201; and, Chase Card Services, Account Inquires, P.O. box 15298, Wilmington, Delaware 19850-5298.

_____
Fred W. Allnutt