GROUNDS NOT STATED

Date signed April 23, 2010



_Nancy V. Alquist_
NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

ORIGINAL

UNITED STATES BANKRUPTCY COURT
BALTIMORE DIVISION
BALTIMORE, MARYLAND

|  |  |  |
|---|---|---|
|  | * |  |
|  | * | Chapter 7 |
| Fred Waters Allnutt | * | Case No. 08-26485 |
| Debtor. | * |  |

\* \*   \*   \*   \*      \*  \*  \*  \*      \*    \*    \*    \*    \*  \*

### DEBTOR'S MOTION FOR ORDER CONFIRMING DISCHARGE

**Comes now** Fred Allnutt, Debtor, and files this Debtor's Motion For Order Confirming Discharge, and for this states as follows:

1.   No objections to debtor's discharge were filed prior to the "Last day to oppose discharge" of "May 15, 2009," set by this court in its February 12, 2009, Order.

2.   Rule 4004(a)[1], Grant or Denial of Discharge, (a) Time for filing complaint objecting to discharge, provides that the court shall grant the debtor a discharge unless an objection to discharge was filed not later than 60 days following the first date set for the meeting of creditors under § 341(a). No objection to discharge was filed within the required 60 day deadline established by Rule 4004, or on or before May 11, 2009.

3.   Debtor complied with all of Debtor's duties as is evidenced by the fact that no motions or complaints objecting to Debtor's discharge were filed within the time frames established by Rule 4004 and this Court's February 12, 2009, Order.

4.   The last day to file an objection to discharge pursuant to Rule 4004 was May 11, 2009, and the last day to file an objection to discharge pursuant to this courts February 12, 2009, Order was May 15, 2009.

---

[1] In a chapter 7 liquidation case a complaint objecting to the debtor's discharge under § 727(a) of the Code shall be filed not later than 60 days following the first date set for the meeting of creditors under § 341(a).