# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0416−1 | User: mmaloneyr | Date Created: 4/26/2010 |
| Case: 08−26485 | Form ID: pdfall | Total: 9 |

**Recipients of Notice of Electronic Filing:**
tr       Michael G Rinn      rinnoffice@rinn−law.com
aty     Michael G Rinn      rinnoffice@rinn−law.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db           Fred Waters Allnutt     10370 Baltimore National Pike     Ellicott City, MD 21042
24926309   Chase Card Services     Account Inquires     P.O. Box 15298     Wilmington, Deleware 19850−5298
24926310   Comptroller of the Treasury     Compliance Division, Room 409     301 W. Preston Street     Baltimore, MD 21201
24926308   Internal Revenue Service     Suite 1300     31 Hopkins Plaza     Baltimore, Maryland 21201
24926307   Marsden S. Furlow     P.O. Box 829     Arnold, Maryland 21012
24926311   Office of Law     Howard County, Maryland     3430 Courthouse Drive     Ellicott City, MD 21043
24926312   State of Maryland DLLR     Division of Unemployment Insurance     1100 N. Eutaw Street, Room 401     Baltimore, MD 21201

TOTAL: 7