UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | | |
|---|---|---|
| IN RE: | * | |
| | * | Chapter 7 |
| Fred Waters Allnutt | * | Case No. 08-26485 |
| Debtor. | * | |

* * * * * * * * * * * * * * *

## MOTION FOR COURT TO SUPPLY DEBTOR WITH A COPY OF THE TRUSTEE'S REPORT OR, IN THE ALTERNATIVE, ORDER THE TRUSTEE TO PROVIDE DEBTOR A COPY.

**Comes now** Fred Allnutt, Debtor, and files this Motion For Court To Supply Debtor With A Copy Of Trustee's Report Or, In The Alternative, Order The Trustee To Provide Debtor A Copy, and for this states as follows:

1. Docket # 12 states that the "Trustee" filed a "Trustee's Report[1]" on March 12, 2010, alleging that Debtor had not complied with all filing requirement under 11 U.S.C. Sec. 521(e)(2)(A). The Docket Text for Docket # 12, states: "The Trustee hereby reports that the Debtor(s) has/have not complied with all filing requirements under 11 U.S.C. Sec. 521(e) (2)(A) by failing to provide the Trustee with tax returns. Filed by Michael G Rinn. (Rinn, Michael) (Entered: 03/12/2010)." That "Trustee's Report" is not found under Docket # 12.

2. The Trustee did not provide Debtor a Service Copy of his "Report."

3. By letter dated March 12, 2010, Debtor asked the Trustee to provide him a copy of his "Report." The Trustee did not respond.

---

[1] The "report" that Docket 12 states was "Filed by Michael G. Rinn" is not found under Docket # 12 What is found under Docket # 12 is this court's "Notice of Possible Dismissal of Case." Docket # 13 states in pertinent part, (...related document(s) "12 Trustee's Report of Debtor(s) Non-Compliance with Section 521 filed by Trustee Michael G Rinn)." However, that "Trustee's Report" is not found in the court record under Dkt. # 12, or under any other Docket number.

**Motion For Court To Supply Copy Of Trustee's Report - Page 1of 2**

4.     Also, on March 12, 2010, this court issued a "Notice Of Possible Dismissal Of Case." This is the actual document found under Docket # 12.

5.     On March 25, 2010, this court issued its "Notice of Hearing (related document(s) 12 Trustee's Report of Debtor(s) Non-Compliance with Section 521 filed by Trustee, Michael G Rinn, 14 Objection filed by Debtor Fred Waters Allnutt). Hearing scheduled for 5/26/2010 at 02:00 PM at Courtroom 2-A, Baltimore - Judge Alquist. (Oliver, Y) (Entered: 03/25/2010)." (Dkt # 15).

Wherefore, Debtor moves this court to either provide Debtor a copy of the "Trustee's Report" or, in the alternative, to issue an Order ordering the Trustee to provide Debtor with a "Service Copy" of his "Trustee's Report" immediately upon receipt of the court's order.

Respectfully submitted,

_____
Fred W. Allnutt
10370 Baltimore National Pike
Ellicott City, Maryland  21042
410-984-6476

### CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of May 2010, I served copies of this document by first class mail on Michael B. Rinn, Chapter 7 trustee. Suite 4, 111 Warren Road, Cockeysville, Maryland, 21030; Marsden S. Furlow, P.O. Box 829, Arnold, Maryland 21012; Internal Revenue Service, Suite 1300, 31 Hopkins Plaza, Baltimore, Maryland 21201; and, Chase Card Services, Account Inquires, P.O. box 15298, Wilmington, Delaware 19850-5298.

_____
Fred Allnutt