UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | | |
|---|---|---|
| *In re:* | * | Chapter 7 |
| Fred Waters Allnutt | * | Case No. 08-26485 |
| Debtor. | * | |

* * * * * * * * * * * * * * * *

**MOTION FOR COURT TO ISSUE A FINDING OF FACTS
AND CONCLUSIONS OF LAW TO SUPPORT ITS SO-CALLED
"MEMORANDUM OF DECISION (OPINION)" FILED ON APRIL 26, 2010**

**Comes now** Fred Allnutt, Debtor, and files this Motion For Court To Issue A Finding Of Facts And Conclusions Of Law To Support Its So-called Memorandum of Decision (Opinion) Filed On April 26, 2010, and for this states the following:

On April 26, 2010, this Court issued a "Memorandum of Decision (Opinion)" (Dkt. # 27). That so-called "Memorandum of Decision (Opinion)" neither "Grants" nor "Denies" Debtor's Motion For Order Confirming Discharge. However, for the sake of this Motion, Debtor will treat it as a "Denial" of his Motion For Order Confirming Discharge.

Accordingly, Debtor specifically moves this court to issue a finding of facts and conclusions of law so all parties, including an appellate court, will have a clear statement of the facts and the law that this court used to support its so-called "Memorandum of Decision (Opinion)" entered into the court record on April 26, 2010.

Respectfully Submitted,

_____
Fred W. Allnutt
10370 Baltimore National Pike
Ellicott City, Maryland  21042
(410) 984-6476

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of May 2010, I served copies of this document by first class mail on Micheal B. Rinn, Suite 4, 111 Warren Road, Cockeysville, Maryland, 21030; Marsden S. Furlow, P.O. Box 829, Arnold, Maryland 21012; Internal Revenue Service, Suite 1300, 31 Hopkins Plaza, Baltimore, Maryland 21201; and, Chase Card Services, Account Inquires, P.O. box 15298, Wilmington, Delaware 19850-5298.

_____
Fred W. Allnutt