

*Nancy V Alquist*
NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
BALTIMORE DIVISION

In re:                              *      Chapter 7
Fred Waters Allnutt                 *      Case No. 08-26485
    Debtor.                         *
*    *    *    *    *    *    *    *    *    *    *    *    *

### MOTION FOR COURT TO ISSUE A FINDING OF FACTS AND CONCLUSIONS OF LAW TO SUPPORT ITS DISMISSAL OF DEBTOR'S BANKRUPTCY CASE

**Comes now** Fred Allnutt, Debtor, and files this Motion For Court To Issue A Finding Of Facts And Conclusions Of Law To Support Its Dismissal Of Debtor's Bankruptcy Case, and for this states the following:

Debtor specifically requests that this court issue a finding of facts and conclusions of law so all parties, and any appellate court, will have a clear statement of the facts and law that this court used to support its Discharge of Debtor's Bankruptcy Case.

Respectfully Submitted,

*Fred Allnutt*
Fred W. Allnutt
10370 Baltimore National Pike
Ellicott City, Maryland  21042
(410-984-6476)

### CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of April 2010, I served copies of this document by first class mail on Micheal B. Rinn, Suite 4, 111 Warren Road, Cockeysville, Maryland, 21030; Marsden S. Furlow, P.O. Box 829, Arnold, Maryland 21012; Internal Revenue Service, Suite 1300, 31 Hopkins Plaza, Baltimore, Maryland 21201; and, Chase Card Services, Account Inquires, P.O. box 15298, Wilmington, Delaware 19850-5298.

*Fred Allnutt*
Fred W. Allnutt