# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0416−1 | User: csofinows | Date Created: 5/14/2010 |
| Case: 08−26485 | Form ID: pdfparty | Total: 7 |

**Recipients of Notice of Electronic Filing:**

| tr | Michael G Rinn | rinnoffice@rinn−law.com |
|---|---|---|
| aty | Michael G Rinn | rinnoffice@rinn−law.com |

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| db | Fred Waters Allnutt | 10370 Baltimore National Pike | Ellicott City, MD 21042 |
|---|---|---|---|
| | Marsden S. Furlow | PO box 829 | Arnold, MD 21012 |
| | Internal Revenue Svc | Suite 1300 | 31 Hopkins Plaza | Baltimore, MD 21201 |
| | Chase Card Svcs | Account Inquiries | PO Box 15298 | Wilmington, DE 19850−5298 |
| | Office of the US Trustee | 101 W. Lombard St. | Rm. 2625 | Baltimore, MD 21201 |

TOTAL: 5