UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | | |
|---|---|---|
| *In re:* | * | Chapter 7 |
| Fred Waters Allnutt | * | Case No. 08-26485 |
| Debtor. | * | |

* * * * * * * * * * * * * * *

### DEBTOR'S OBJECTION
### TO THE COURT'S MAY 14, 2010, ORDER DENYING
### DEBTOR'S MOTION TO ALTER OR AMEND COURT'S
### APRIL 12, 2010, ORDER DISMISSING CASE

**COMES NOW**, Plaintiff, Fred W. Allnutt, and files this Debtor's Objection To The Court's May 14, 2010, Order Denying Debtor's Motion To Alter or Amend Court's April 12, 2010, Order Dismissing Case, and in support thereof states the following:

For the reasons stated below, Debtor hereby states for record his Objection to this court's May 14, 2010, Order Denying Debtor's Motion To Alter or Amend Courts April 12, 2010, Order Dismissing Case

1. The so-called "Trustee's report" was never provided to Debtor by the Trustee, by the court, nor is it found on Pacer (See: Debtor's "Notice Of Error In Record And Request For The Record To Be Corrected (Dkt # 20)). Therefore, Debtor has been unable to determine exactly what the Trustee alleged in his "Report," how he stated his alledged claim, what he proffered to support his alleged claim, or why he waited a year to file his alleged claim.

2. Debtor, because he has never been provided a copy of the so-called "Trustee's Report," cannot fully respond to that alleged "Trustee's Report" or to anything stated therein.

3. Debtor was not afforded a fact-finding hearing prior to this court issuing its arbitrary dismissal of Debtor's Bankruptcy case.

4. There were no objections to Debtors' discharge, or motions to extend the time to object to Debtor's discharge, filed or pending on May 15, 2009, the "Last day to opposed Discharge" set by this court in its February 12, 2009, order.

5. This court's assertion that Debtor failed to provide a copy of a Federal income tax return to the trustee pursuant to § 521(e)(2)(A) of Title 11 U.S.C." is unsupported by any fact in the record.

6. This court's assertion that Debtor failed to "comply with the said instruction of the Court" is unsupported by any fact in the record.

7. No "fact-finding" hearing was held where Debtor would have the opportunity to dispute, with testimony and facts, that the Trustee's alleged claim that Debtor did not comply will § 521(e)(2)(A) of Title 11 U.S.C. is erroneous.

8. This court's issuance of an Order Dismissing Debtor's Case prior to a hearing denied Debtor his procedural due process rights.

9. The Trustee's alleged filing of a so-called "Trustee's Report, possibly alleging that Debtor failed to comply with § 521(e)(2)(A) of Title 11 U.S.C., one (1) year after the 341(a) meeting of creditors is not within the meaning, intent, or spirit of Bankruptcy law and procedures.

10. This court made a finding(s) of fact absence facts to support it finding(s).

11. There are no stipulated facts in record to support the dismissal of Debtor's bankruptcy case.

12. There are no facts verified by competent witnesses via testimony (affidavit, deposition or direct oral examination) in the record to support the dismissal of Debtor's bankruptcy case.

13. The law of the case does not affirmatively appear in record to support the dismissal of Debtor's bankruptcy case.

14. There is no law to stipulated or otherwise provable facts noted in the record to support the dismissal of Debtor's bankruptcy case.

15. This court never rendered a written decision that includes findings of fact and conclusions of law to support its dismissal of Debtor's bankruptcy case.

Respectfully Submitted,

*[signature]*
Fred W. Allnutt
10370 Baltimore National Pike
Ellicott City, Maryland  21042
(410-984-6476)

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of May 2010, I served copies of this document by first class mail on Michael B. Rinn, Suite 4, 111 Warren Road, Cockeysville, Maryland, 21030; Marsden S. Furlow, P.O. Box 829, Arnold, Maryland 21012; Internal Revenue Service, Suite 1300, 31 Hopkins Plaza, Baltimore, Maryland 21201; and, Chase Card Services, Account Inquires, P.O. box 15298, Wilmington, Delaware 19850-5298.

*[signature]*
Fred W. Allnutt