ORIGINAL

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | | |
|---|---|---|
| *In re:* | * | Chapter 7 |
| Fred Waters Allnutt | * | Case No. 08-26485 |
| Debtor. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION FOR COURT TO ISSUE A FINDING OF FACTS AND CONCLUSIONS OF LAW TO SUPPORT ITS MAY 14, 2010, DENIAL OF DEBTOR'S MOTION TO ALTER OR AMEND ITS ORDER DATED APRIL 12, 2010

**Comes now** Fred Allnutt, Debtor, and files this Motion For Court To Issue A Finding Of Facts And Conclusions Of Law To Support Its May 14, 2010, Denial Of Debtor's Motion To Alter Or Amend Its Order Dated April 12, 2010, and for this states the following:

On May 14, 2010, this Court denied Debtor's Motion To Alter Or Amend This Courts Order Dated April 12, 2010, Dismissing Case (Dkt. # 33).

Debtor specifically moves this court to issue a finding of facts and conclusions of law to support its denial of Debtor's Motion to Alter or Amend so all parties, including an appellate court, will have a clear statement of the facts and the law that this court used to support its Denial.

Respectfully Submitted,

_Fred Allnutt_
Fred W. Allnutt
10370 Baltimore National Pike
Ellicott City, Maryland 21042
(410-984-6476)

FILED 2010 MAY 18 PM 12:00 U.S. BANKRUPTCY COURT DISTRICT OF MARYLAND BALTIMORE

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of May 2010, I served copies of this document by first class mail on Micheal B. Rinn, Suite 4, 111 Warren Road, Cockeysville, Maryland, 21030; Marsden S. Furlow, P.O. Box 829, Arnold, Maryland 21012; Internal Revenue Service, Suite 1300, 31 Hopkins Plaza, Baltimore, Maryland 21201; and, Chase Card Services, Account Inquires, P.O. box 15298, Wilmington, Delaware 19850-5298.

_____
Fred W. Allnutt