UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | | |
|---|---|---|
| In re: | * | Chapter 7 |
| Fred Waters Allnutt | * | Case No. 08-26485 |
| Debtor. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF APPEAL

Comes now, Fred Allnutt, the Debtor, pursuant to 28 U.S.C. Sec. 158(a), and appeals the final judgments, orders, and decrees of this court, the latest of which was issued on May 14, 2010.

The names of all parties and trustee's to the judgments, orders, and decrees appealed and their names and addresses are as follows:

Michael B. Rinn
Suite 4, 111 Warren Road,
Cockeysville, Maryland, 21030

Marsden S. Furlow,
P.O. Box 829
Arnold, Maryland 21012

Internal Revenue Service
Suite 1300, 31 Hopkins Plaza
Baltimore, Maryland 21201

Chase Card Services
Account Inquires
P.O. box 15298
Wilmington, Delaware 19850-5298.

_____
Fred W. Allnutt
10370 Baltimore National Pike
Ellicott City, Maryland  21042
(410-984-6476)

May 18, 2010
Date Signed

$255.00 payment enclosed with notice.
   Appeal of Decision of Bankruptcy Court
   (payable to Clerk of the Bankruptcy Court) . .$255.00
< http://www.mdd.uscourts.gov/publications/forms/feesnew.pdf>