# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

**Date: 5/20/10**

In re:   Case No.:   08–26485 NVA   Chapter:   7

Fred Waters Allnutt
Debtor(s)

# DEFICIENCY NOTICE

DOCUMENT: 38 – Notice of Appeal to District Court Filed by Fred Waters Allnutt.. (Sofinowski, C)

PROBLEM: The orders, final judgments and decrees of the court that the appeal is in reference to must be specified.

CURE: File an amended notice of appeal specifying what documents are being appealed.

CONSEQUENCE: If the problem(s) is/are not cured by the date below, the pleading will be STRICKEN from the record.

**All deficiencies must be cured by 6/3/10.**

**Additional information for non−attorney filers is available at www.mdb.uscourts.gov/RL_prose.aspx.**

Mark D. Sammons, Clerk of Court
by Deputy Clerk, C Sofinowski  410–962–4277

cc:   Debtor(s)
      Attorney for Debtor(s) – PRO SE

Form defntc (01/06)