### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF MARYLAND
at Baltimore

**Date: 5/20/10**

In re:   Case No.:   08–26485 NVA     Chapter:   7

Fred Waters Allnutt
Debtor(s)

# DEFICIENCY NOTICE

DOCUMENT: 38 – Notice of Appeal to District Court Filed by Fred Waters Allnutt.. (Sofinowski, C)

PROBLEM: The orders, final judgments and decrees of the court that the appeal is in reference to must be specified.

CURE: File an amended notice of appeal specifying what documents are being appealed.

CONSEQUENCE: If the problem(s) is/are not cured by the date below, the pleading will be STRICKEN from the record.

**All deficiencies must be cured by 6/3/10.**

**Additional information for non–attorney filers is available at www.mdb.uscourts.gov/RL_prose.aspx.**

Mark D. Sammons, Clerk of Court
by Deputy Clerk, C Sofinowski  410–962–4277

cc:   Debtor(s)
      Attorney for Debtor(s) – PRO SE

Form defntc (01/06)

# CERTIFICATE OF NOTICE

```
District/off: 0416-1           User: csofinows              Page 1 of 1                  Date Rcvd: May 20, 2010
Case: 08-26485                 Form ID: defntc              Total Noticed: 1

The following entities were noticed by first class mail on May 22, 2010.
db           +Fred Waters Allnutt,   10370 Baltimore National Pike,   Ellicott City, MD 21042-2190

The following entities were noticed by electronic transmission.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 22, 2010**                    **Signature:**         *Joseph Speetjens*