UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | | |
|---|---|---|
| *In re:* | * | Chapter 7 |
| Fred Waters Allnutt | * | Case No. 08-26485 |
| Debtor. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## RESPONSE TO DEFICIENCY NOTICE

Comes now, Fred Allnutt, Debtor, and responds to the Deficiency Notice (Dkt. # 39) entered on May 20, 2010. The order, final judgments, and decrees of the court that Debtor is Appealing are as follows:

1. Order Denying Debtor's Objection to Court's Notice of Possible Dismissal of Case (Dkt #17).

2. Order Dismissing Case (Dkt # 19).

3. Order Denying Motion for court to issue Finding of Fact and Conclusions of Law To Support its Dismissal of Debtor's Bankruptcy Case (Dkt # 26).

4. Memorandum of Decision (Dkt # 27).

5. Order Denying Motion for court to issue Finding of Fact and Conclusions of Law (Dkt # 32).

6. Order Denying Motion to Alter or Amend Court's Order dated April 12, 2010 (Dkt # 33).

Fred W. Allnutt
10370 Baltimore National Pike
Ellicott City, Maryland  21042
(410-984-6476)