# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

**Date: 5/24/10**

In re:    Case No.:    08–26485 NVA    Chapter:    7

Fred Waters Allnutt
Debtor(s)

# DEFICIENCY NOTICE

DOCUMENT: 41 – Response on behalf of Fred Waters Allnutt Filed by Fred Waters Allnutt (related document(s)[39] Deficiency Notice). (Sofinowski, C)

PROBLEM: A response to the deficiency notice does not cure the deficiency for the notice of appeal.

CURE: File an amended notice of appeal that includes the order(s) being appealed.

CONSEQUENCE: If the problem(s) is/are not cured by the date below, the pleading will be STRICKEN from the record.

**All deficiencies must be cured by 6/7/10.**

**Additional information for non–attorney filers is available at www.mdb.uscourts.gov/RL_prose.aspx.**

Mark D. Sammons, Clerk of Court
by Deputy Clerk, C Sofinowski  410–962–4277

cc:    Debtor(s)
       Attorney for Debtor(s) – PRO SE

Form defntc (01/06)