UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | | |
|---|---|---|
| In re: | * | Chapter 7 |
| Fred W. Allnutt | * | Case No. 08-26485 |
| Debtor. | * | |

* * * * * * * * * * * *

**AMENDED NOTICE OF APPEAL**

Comes now, Fred Allnutt, the Debtor, pursuant to 28 U.S.C. Sec. 158(a), and files this Amended Notice of Appeal listing the judgments, orders, and decrees of this court being appealed:

1. Order Denying Debtor's Objection to Court's Notice of Possible Dismissal of Case (Dkt #17).

2. Order Dismissing Case (Dkt # 19).

3. Order Denying Motion for court to issue Finding of Fact and Conclusions of Law To Support its Dismissal of Debtor's Bankruptcy Case (Dkt # 26).

4. Memorandum of Decision (Dkt # 27).

5. Order Denying Motion for court to issue Finding of Fact and Conclusions of Law (Dkt # 32).

6. Order Denying Motion to Alter or Amend Court's Order dated April 12, 2010 (Dkt # 33).

The names of all parties and trustee's to the judgments, orders, and decrees appealed and their names and addresses are as follows:

Michael B. Rinn
Suite 4, 111 Warren Road,
Cockeysville, Maryland, 21030

Marsden S. Furlow,
P.O. Box 829
Arnold, Maryland 21012

Chase Card Services
Account Inquires
P.O. box 15298
Wilmington, Delaware 19850-5298.

Internal Revenue Service
Suite 1300, 31 Hopkins Plaza
Baltimore, Maryland 21201

5-24-10
Date:

Fred W. Allnutt
10370 Baltimore National Pike
Ellicott City, Maryland  21042
(410-984-6476)