## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

| | | | |
|---|---|---|---|
| In Re: | * | | |
| Fred Waters Allnutt | * | Case No. | 08-26485-NVA |
| | * | Chapter | 7 |
| Debtor(s) | * | | |
| ************************************ | * | | |
| Fred Waters Allnutt | * | | |
| | * | | |
| | * | | |
| Appellant(s) | * | | |
| vs. | * | | |
| Michael G. Rinn | * | | |
| Chase Card Services | * | | |
| Marsden S. Furlow | | | |
| Internal Revenue Service | * | | |
| Appellee(s) | * | | |

### NOTICE OF FILING OF APPEAL
### TO THE UNITED STATES DISTRICT COURT

Pursuant to Federal Bankruptcy Rule 8004, you are hereby notified that an Amended Notice of Appeal (a copy of which is attached) has been filed on May 28, 2010, in the above captioned case in which your appearance is entered as a party.  Please consult the applicable Federal Bankruptcy Rules, Federal Rules of Appellate Procedure (where applicable) and Local Rules of this Court and of the U.S. District Court.

To assist the Clerk's office in perfecting the record on appeal, it is requested that parties follow one of the examples outlined below when preparing a Designation of Items to be included in the record on appeal.  Also note that parties are responsible for providing to the Court copies of records designated.  Parties are therefore encouraged to request and pay for copies through the court so that such records may be submitted with the Designation.

Example 1: Debtor's Motion for Authority to use Cash Collateral and the accompanying memorandum filed January 3, 1995 ( Document #8)

Example 2:

| FILE DATE | PAPER NO. | PLEADING |
|---|---|---|
| 11/3/94 | 1 | Petition & Schedules |

Mark D. Sammons, Clerk

Dated:   5/28/10          By:____/s/_____
                             Deputy Clerk - Carol Sofinowski

cc:   All Parties in Interest - See Attached List

Appeals-45.4  -  7/22/08

Fred Waters Allnutt
U.S. Trustee
Michael G. Rinn
Chase Card Services
Marsden S. Furlow
Internal Revenue Service