# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0416−1 | User: csofinows | Date Created: 6/9/2010 |
| Case: 08−26485 | Form ID: pdfparty | Total: 7 |

**Recipients of Notice of Electronic Filing:**
tr          Michael G Rinn          rinnoffice@rinn−law.com
aty         Michael G Rinn          rinnoffice@rinn−law.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Fred Waters Allnutt          10370 Baltimore National Pike          Ellicott City, MD 21042
            Office of the US Trustee          101 W. Lombard St.          Rm. 2625          Baltimore, MD 21201
            Marsden S. Furlow          PO box 829          Arnold, MD 21012
            Internal Revenue Service          31 Hopkins Plaza, Ste. 1300          Baltimore, MD 21201
            Chase Card Services          Account Inquiries          PO box 15298          Wilmington, DE 19850−5298

TOTAL: 5