**UNITED STATES BANKRUPTCY COURT**
**TRANSMITTAL SHEET TO UNITED STATES DISTRICT COURT**

Transmitted by: Christopher N. Adams     Ext.: x4215    Date: 6/28/2010

***BANKRUPTCY MATTER (answer only one):***

__X__  1. Appeal (____ Cross Appeal, if any). Appellant's Designation of Record included, __X__ yes;

_____ no

_____ 2. Motion for Withdrawal of Reference     _____ 5. Findings and Conclusions

(Lodgements)

_____ 3. Contempt     _____ 6. Motion for Leave to Appeal

(Interlocutory Appeal)

___ 4. Other

***RELATED CASE INFORMATION (answer all):***

1. Bankruptcy Case No(s): 08-26485    Chapter: 7
2. Adversary Proceeding No(s)., if any: N/A
3. U.S. Bankruptcy Judge: Nan cy V. Alquist
4. Related U.S. District Court Civil Action No., if any: N/A
5. Additional comments:

***PARTY INFORMATION (answer all):***

1. Debtor(s): Fred Waters Allnutt
2. Trustee, if any: Michael G. Rinn

**Appellant/Movant:** Fred Waters Allnutt

Appellant/Movant's Counsel: N/A

**Appellee/Respondent:** Michael G. Rinn

Appellee/Respondent's Counsel: Michael G. Rinn

Appeal-45.1 - 1/29/09